# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

       v.                                                     Crim. No. 4:09-CR-58-1H

JANET V. SMITH

      On July 13, 2011, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                                         Respectfully submitted,

                                                                       /s/ Robert K. Britt  
                                                                      Robert K. Britt  
                                                                      U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this _____15th_____ day of ___July_____, 2013.

                                                                     Malcolm J. Howard  
                                                                     Senior U.S. District Judge